# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES MEYER,**

    **Plaintiff,**

**v.**                                                          **CIVIL ACTION NO. 06-CV-726 DRH**

**CINGULAR WIRELESS, LLC,**

    **Defendant.**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came to hearing before the Court on Defendant's Motion for Summary Judgment.

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED.**  Judgment is entered in favor of Defendant **CINGULAR WIRELESS, LLC** and against Plaintiff **JAMES MEYER**.-------------------------------------------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

September 25, 2007                                BY:     /s/Patricia Brown
                                                                                      Deputy Clerk

APPROVED:  /s/       DavidRHerndon
                      **U.S. DISTRICT JUDGE**

Case 3:06-cv-00726-DRH-PMF   Document 57   Filed 09/25/07   Page 2 of 2   Page ID #1461